UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
Jun 16, 2008
JUN 1 6 2008 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

KALLENTINO D. Williamson

(Enter above the full name of the plaintiff or plaintiffs in this action)

08cv3453
JUDGE DOW JR.
MAG. JUDGE KEYS

vs.   Case No: _____
(To be supplied by the Clerk of this Court)

COOK COUNTY DEPARTMENT OF CORRECTIONS, CERMAK HEALTH SERVICES OF COOK COUNTY

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

CHECK ONE ONLY:

  X   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

  ___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

  ___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: __NA__

   B. Approximate date of filing lawsuit: ____

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ____

   D. List all defendants: ____

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ____

   F. Name of judge to whom case was assigned: ____

   G. Basic claim made: ____

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ____

   I. Approximate date of disposition: ____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 1/8/08 I went to the Emergency Room in Cook County Jail with an abscess on my lower left side gum due to a decaying tooth. On that day I received a prescription for the antibiotic Bactin and was told that I would be referred to the dentist for follow up care. I next received care on 1/29/08 at which time I was given another prescription for Amoxicillen and motrin and told I would be called back in two weeks to have the tooth pulled. It was approximately 1 and 1/2 months until I went to the dentist again on 3/11/08 at which time I was given the same prescription for Amoxicillen and motrin and told the same thing as before, that I would have the tooth pulled in 2 weeks. It is now 4/7/08 I still have an abscess filled with infection and pain which should have been taken care of well over 1 month ago. I have also followed the proper course of action by filing a detainee grievance and waiting for a response and reply. I believe that my constitutional right to proper medical care and attention has been

4                                                                 Revised 9/2007

VIOLATED BY COOK COUNTY DEPARTMENT OF CORRECTIONS AND CERMAK HEALTH SERVICES OF COOK COUNTY.

VIOLATED BY COOK COUNTY DEPARTMENT OF

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the court to hold Cook County DOC and Cermak Health Services accountable professionaly and financially for denying me medical care. I would also like to be compensated for pain and suffering in the amount of 150,000 $

VI. The plaintiff demands that the case be tried by a jury. ☐ YES   ☒ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  7  day of  April , 20 08

_Kallentino Williams_
(Signature of plaintiff or plaintiffs)

KALLENTINO WILLIAMSON
(Print name)

2008 000039                    K79075
(I.D. Number)
                               VIENNA C.C.
PO Box 089002                  6695 ST RTE 146 E.
Chicago IL 60608               Vienna IL 62995
(Address)

Part-A / Control #: 2008 X 0406

Referred To: Cermak

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Williamson      First Name: Kallentino

ID #: GWS-0000314   Div.: 6   Living Unit: IL   Date: 2/26/08

BRIEF SUMMARY OF THE COMPLAINT: In the beginning of January I noticed that I had an abscess on my lower left-side gum. I received antibiotics on 2 separate occasions, of which neither eradicated the abscess. I last saw a dentist on 1/29/08 which was the last time I received a course of antibiotics. As of the writing of this grievance I still have an infected puss-filled bubble in my mouth (abscess) even after taking the antibiotics as directed. It is CCDOC's obligation and responsibility to insure that each detainee gets proper medical & dental attention in a timely manner.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Division 6 medical staff and dental staff.

ACTION THAT YOU ARE REQUESTING: That the problem (decaying tooth) instead of the symptom (abscess + pain) be properly & timely handled. To have the necessary teeth pulled.

DETAINEE SIGNATURE: Kallentino Williams

C.R.W.'S SIGNATURE: [signature]      DATE C.R.W. RECEIVED: 2/29/08

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control# 2008 X X 406

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF A DETAINEE*

Detainee's Last Name: Williamson    First Name: _____    ID#: 08-_____

Is This Grievance An **Emergency**?    YES ☐    NO ☒

C.R.W.'S Summary Of The Complaint: Lack of medical care _____

C.R.W. Referred Griev. To: Cermak    Date Referred: 2/29/08

Response Statement: Referred to Div. Physician

_____ _____ Date 2/29/08 Div./Dept CHS
(print- name of individual responding to this griev.) (signature of individual responding to this griev.)

Chief F__ _____ Date 3/5/08 Div./Dept. 6
(print - name of Supt. / Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.)

Warden _____ Date 2/29/08
(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: 3/5/08    Detainee Signature: _____

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: ___/___/___

Detainee's Basis For An Appeal: _____

Appeal Board's Acceptance Of Detainee's Request:    YES ☐    NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator: _____

Appeal Board's Signatures / Dates: _____

Date Detainee Rec.'d the Appl. Bd.'s Response: ___/___/___    Detainee Signature: _____

GRIEVANCE CODE(S): (___) (___) (___) (___)

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

**Prescription Order**
Nursing / CMT / Dialysis Copy

CERMAK HEALTH SERVICES OF COOK COUNTY
2800 S. California Ave. Chicago, Illinois 60608
(773) 869-5622

1

Checked

Patient: Williamson, Kallentino   ID# 08-0000039   Date 1-8-08
Problem:      Location:      Weight:      Date of Birth 5-26-73
Order (Physician's Signature after last order)   Allergy: NKDA

Clindamycin 300 — PO QID — 5 days
Motrin 600 PO TID PRN x 1 wk
Tetrahydro Cream 1% — apply to AA BID
Bactrim DS 1 PO BID x 1 wk

Given

DEA / Illinois Lic.#      Physician ** PRINT      Time:      Med/Surg [ ]
                                                 Form 853.01   MHS     [ ]

---

**Prescription Order**
Nursing / CMT / Dialysis Copy

CERMAK HEALTH SERVICES OF COOK COUNTY
2800 S. California Ave, Chicago, Illinois 60608
(773) 869-5622

1

Patient: Williamson, Kallentino   ID# 2008 00000-39   Date 1/8/08
Problem:   Location: 6-G   Weight:   Date of Birth 5/26/73   Allergy:
Order (Physician's Signature after last order)

[illegible handwritten orders including Motrin 600mg]

given

DEA / Illinois Lic.#      Physician ** PRINT      Time:      Med/Surg [ ]
                                                 Form 853.01   MHS     [ ]



Form 1 (Nursing/CMT/Dialysis Copy):
- Patient: Williamson, Kallentino
- ID#: 0000039
- Date: 2/7/08
- Date of Birth: 3/26/73
- Allergy: NKA
- Order: 
  1. Motrin 600 mg PO BID/PRN x 2 wks — blister g/m #14
  2. Cold compress x 2 days

Form 2 (Patient Copy): FOR INFORMATION ONLY - DO NOT DISPENSE

Cermak Health Services of Cook County, 2800 S. California Ave., Chicago, Illinois 60608, (773) 869-5622. Form 853.01

| Date | Service Rendered | D.D.S. Signature | Date | Service Rendered | D.D.S. Signature |
|---|---|---|---|---|---|
| | *[handwritten entries, illegible]* | Fattore-Bruno DDS | | *[handwritten entries, illegible]* | *[signature illegible]* |

# STATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS

Inmate/Student Name: WILLIAMSON, KALLENTINO
Inmate/Student I.D.#: K79075
Reception Facility — Age: 35  DOB: 03/26/1973
Race: Blk  Sex: M
Panorex — NRC 04/11/2008

61 fly at R&C

Screening
DDS sig
Endodontics
Oral Surgery
Periodontics
Operative
Prosthetic

☐ Schedule routine exam at receiving institution
☐ Schedule immediately at receiving institution

Public Health Classification Screening Dates | Pathology

Receiving Inst. LCC
Dentist S/Vos
Date 5/1/08

## MEDICAL HISTORY AND REMARKS

| | Yes | No | Current Medication |
|---|---|---|---|
| Cardio Vascular Disease | | X | |
| Pulmonary Disease/Asthma | | X | |
| Diabetes | | X | |
| Epilepsy | | X | |
| Hepatitis | | X | |
| D. (Type) | | X | |
| Allergies (Type) | | X | |

## ADULT

### EXISTING RESTORATIONS & MISSING TEETH

R  1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16
   32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17  L

### TREATMENT NEEDED - COMPLETED RESTORATIONS

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

## JUVENILE

Existing Restorations and Missing Teeth

Treatment Needed and Completed Restorations

R / L