**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

08cv3453
JUDGE DOW JR.
MAG. JUDGE KEYS

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | KALLENTINO D. WILLIAMSON | **Defendant(s):** | COOK COUNTY DEPARTMENT OF CORRECTIONS, et al. |
| **County of Residence:** | WARREN | **County of Residence:** | |
| **Plaintiff's Address:** | Kallentino Williamson<br>K-79075<br>Vienna - VNA<br>6695 State Route 146 East<br>Vienna, IL 62995 | **Defendant's Attorney:** | |

FILED
JUN 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Condition

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** M. Burke        **Date:** 6/16/08