**FILED**

AUG 6 2008
AUG 6, 2008 mrb
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

July, 29 2008

08 C 3453

08 C 3453

To Whom it may concern,

My name is Kallentino Williamson(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). I currently have a case pending against Cook County Department of corrections, I was informed to let the court know of any change of address, I am currently incarcerated at Cook county jail ID# 20080051057, Div 2 Dorm 1 tier H bed 21., I am unsure when I will be moving from this location. I can also receive correspondences at my mothers address which is 9147 S. Ellis Chicago Illinois 60619. I am unsure of my case number at the current time, however when it was filed I was in IDOC custody with an id # of K79075, and my ccdoc id # at that time was 20080000039. Please respond and infc me if I have acted correctly or if i need to take further action regarding this matter.

Thank You

Kallentino Williamson

SELF NOTARY

NOTARIZED AND BY 735 ILCS
5/1-109, UNDER PENALTY OF PERJURY
THIS 29th DAY of JULY, 2008