# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3453 | **DATE** | August 27, 2008 |
| **CASE TITLE** | Kallentino Williamson (2008-0051057) & (K-79075) v. Cook County Jail | | |

**DOCKET ENTRY TEXT:**

Plaintiff informs the Court that he is now at Cook County Jail. The Clerk shall resend the Court's July 14, 2008 order [5], and this order to Plaintiff at Cook County Jail and at 9147 S. Ellis St., Chicago, IL 60619. On its own motion, the Court grants Plaintiff an extension of time of 21 days from the date of this order. If Plaintiff desires to continue with this case, he must comply with the July 14, 2008 order within 21 days. Plaintiff is again warned that failure to comply will result in the dismissal of this case without prejudice.

Docketing to mail notices.

isk